IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH STAR INNOVATIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-506-LPS-CJB |
| MICRON TECHNOLOGY, INC., | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 31) on November 16, 2017;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendant's Motion to Dismiss (D.I. 18).

WHEREAS, any Objections to the Report and Recommendation were to be filed by November 30, 2017;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 31) is **ADOPTED**, and Defendant's Motion to Dismiss (D.I. 18) is **GRANTED**. Plaintiff is granted leave to file an amended complaint within fourteen (14) days from the date of this Order,

Dated: January 3rd, 2018

_____
UNITED STATES DISTRICT JUDGE